**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ROBERT LICARI,

Plaintiff,                                                  Case No. 11-60693-CIV-MARTINEZ-MCALILEY

vs.

ZAKHEIM & ASSOCIATES P.A., d/b/a,
ZAKHEIM & LAVRAR, P.A.

Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: December 2, 2011                           Respectfully submitted,

s/ Andrew I. Glenn_____       s/Barbara Fernandez_____
Andrew I. Glenn                                            David P. Hartnett, Esq.
E-mail: Andrew@cardandglenn.com           Florida Bar No. 0946631
Florida Bar No. 577261                               Email: dhartnett@hinshawlaw.com
J. Dennis Card, Jr.                                        Barbara Fernandez, Esq.
E-mail: Dennis@cardandglenn.com            Florida Bar No. 0493767
Florida Bar No. 0487473                             Email: bfernandez@hinshawlaw.com
Card & Glenn, P.A.                                       HINSHAW & CULBERTSON LLP
2501 Hollywood Boulevard, Suite 100        9155 S. Dadeland Boulevard, Suite1600
Hollywood, Florida 33020                           Miami, Florida 33156-2741
Telephone: (954) 921-9994                          Telephone: (305) 358-7747
Facsimile: (954) 921-9553                           Facsimile: (305) 577-1063
Attorneys for Plaintiff                                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

David P. Hartnett, Esq.
Florida Bar No. 0946631
Email: dhartnett@hinshawlaw.com
Barbara Fernandez, Esq.
Florida Bar No. 0493767
Email: bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite1600
Miami, Florida 33156-2741
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attorneys for Defendant
Service via CM/ECF