UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-60693-CIV-MARTINEZ-MCALILEY

ROBERT LICARI,

    Plaintiff,

vs.

ZAKHEIM & ASSOCIATES P.A. d/b/a
ZAKHEIM & LAVRAR, P.A.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice (D.E. No. 11). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of December, 2011.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record